# IN THE NINTH COURT OF APPEALS

09-16-00275-CV

Unimex Logistics, LLC and Margo Logistics LP
v.
Tim Neff Towing, Inc. d/b/a TNT Wrecker Service

On Appeal from the
County Court at Law No 1 of Jefferson County, Texas
Trial Cause No. 125195

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgment of the trial court is affirmed. All costs of the appeal are assessed against the appellants.

Opinion of the Court delivered by Justice Hollis Horton

May 24, 2018

## AFFIRMED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court